

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jesus Christ Open Altar Church, LLC, Appellant

No. 06-24-00091-CV        v.

City of Hawkins, Alvin Flynn, Donna Jordan, Mike Mayberry, Tom Parker, Howard Coquat, Wayne Kirkpatrick, Norman Oglesby, Cody Jorgenson, Stephen Lucas, Matthew Todd Eddington, and Clara Kay, Appellees

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2021-300).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.   Concurring Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Jesus Christ Open Altar Church, LLC, pay all costs incurred by reason of this appeal.

RENDERED JUNE 25, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk